Janosek, Appellee, *v.* Janosek, Appellant.

[Cite as *Janosek v. Janosek,* 127 Ohio St.3d 1262, 2010-Ohio-6132.]

(No. 2009–1705—Submitted October 13, 2010—Decided December 20, 2010.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

James C. Cochran and Gary S. Singletary, for appellee.

Baker & Hostetler, L.L.P., James E. Loeb, David L. Marberger, and Suzanne M. Jambe; and Zukerman, Daiker & Lear Co., L.P.A., Larry W. Zukerman, and Paul B. Daiker, for appellant.